KATHERINE HART #76715
Attorney at Law
1600 Fulton, Suite 120
Fresno, Ca. 93721
Telephone: (559) 412-8900
Facsimile: (559) 256-9798

Attorney for Defendant/Petitioner
LAWRENCE ROBINSON

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR-1:97-CR-5129 LJO-3 |
| | ORDER APPROVING 30-DAY EXTENSION OF TIME FOR FILING OF PETITIONER'S REPLY BRIEF TO GOVERNMENT'S OPPOSITION |
| LAWRENCE ROBINSON, | |
| Defendant and Petitioner. | |

Good cause appearing, it is hereby ordered as follows that Petitioner's reply brief to the Government's Opposition and Motion to Dismiss be extended by 30 days to August 23, 2017.

IT IS SO ORDERED.

Dated: **June 30, 2017**           /s/ Lawrence J. O'Neill
                                   UNITED STATES CHIEF DISTRICT JUDGE