1 | KATHERINE HART #76715
2 | Attorney at Law
2 | P.O. Box 5948
3 | Fresno, Ca. 93755
3 | Telephone: (559) 930-3776

Attorney for Defendant
LAWRENCE ROBINSON

# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 1:97-05129-NONE-3 |
| Plaintiff-Respondent. | |
| v. | ORDER APPROVING MOTION TO WITHDRAW AS ATTORNEY OF RECORD, APPOINTMENT OF REPLACEMENT CJA COUNSEL |
| LAWRENCE ROBINSON | |
| Defendant-Petitioner | |

GOOD CAUSE APPEARING, it is hereby ordered that attorney KATHERINE HART is hereby relieved as attorney of record, and new counsel VERNA JEAN WEFALD, Attorney at Law, 65 N. Raymond Ave., Suite 320, Pasadena, Ca. 91103 (626) 577-2658 is appointed to represent Defendant-Petitioner LAWRENCE ROBINSON.

IT IS SO ORDERED.

Dated: **May 22, 2022**

_/s/ Jennifer L. Thurston_
UNITED STATES DISTRICT JUDGE