VERNA WEFALD (State Bar No. 127104)
65 N. Raymond Avenue, Suite 320
Pasadena, CA 91103
Telephone: (626) 577-2658
Facsimile: (626) 685-2562
Email: verna@vernawefald.com

Attorney for Petitioner Lawrence Robinson

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA -- FRESNO

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> LAWRENCE ROBINSON, <br><br> Defendant. | No. 97-CR-05129-JLT-3 <br><br> ORDER MODIFYING BRIEFING SCHEDULE |

Upon application of defendant and good cause appearing, the briefing schedule is set as follows:

Robinson's motion for further relief in light of *Taylor v. United States*, 142 S.Ct. 2015 (2022), is due September 28, 2022.

The Government's response is due November 28, 2022.

IT IS SO ORDERED.

Dated: **July 7, 2022**

_____
UNITED STATES DISTRICT JUDGE