VERNA WEFALD (State Bar No. 127104)
65 N. Raymond Avenue, Suite 320
Pasadena, CA 91103
Telephone: (626) 577-2658
Email: verna@vernawefald.com

Attorney for Petitioner Lawrence Robinson

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA -- FRESNO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>LAWRENCE ROBINSON,<br><br>    Defendant. | No. 97-CR-05129-JLT-3<br><br>ORDER GRANTING REQUEST TO SEAL PRESENTENCE REPORT IN SUPPORT OF REQUEST TO RECONSIDER 2255 MOTION |

UPON application of defendant and good cause appearing, the request to seal the Presentence Report in support of the request to reconsider the 2255 motion is hereby granted:

IT IS SO ORDERED.

Dated: **September 26, 2022**

                                                                  UNITED STATES DISTRICT JUDGE