VERNA WEFALD (State Bar No. 127104)
65 N. Raymond Avenue, Suite 320
Pasadena, CA 91103
Telephone: (626) 577-2658
Email: verna@vernawefald.com

Attorney for Petitioner Lawrence Robinson

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA -- FRESNO

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 97-CR-05129-JLT-3 |
| Plaintiff, | ORDER FOR IMMEDIATE RELEASE FROM CUSTODY |
| v. | |
| LAWRENCE ROBINSON, | |
| Defendant. | |

**IT IS HEREBY ORDERED** that Defendant Lawrence Robinson, Registration No. 57856-097, **SHALL BE RELEASED** from custody at FCI Mendota **immediately.**

On November 30, 2000, the Court imposed a total sentence of life plus 60 months, comprised of three counts:  Interference with commerce by robbery [18 U.S.C. § 1951(a)] (count seven); carrying a firearm during a crime of violence [§ 924(c)(1)] (count eight); and death caused by use of a firearm during a crime of

violence [§ 924(j)(1)] (count nine).  A term of supervised release for 60 months was also imposed.

On November 28, 2022, this Court re-sentenced Defendant Lawrence Robinson to a total sentence of **TIME SERVED** on count one.  Counts eight and nine were vacated and dismissed pursuant to *United States v. Taylor*, 142 S.Ct. 2015, 213 L.Ed.2d 349 (2022).

Consistent with the order this Court issued on November 28, 2022, Defendant Robinson shall be **RELEASED IMMEDIATELY** to begin the 60 months term of supervised release previously ordered. He SHALL contact the United States Probation Office within 24 hours of his release.

The Clerk of this Court is directed to fax a copy of this order to USP Mendota.

IT IS SO ORDERED.

Dated:   **November 28, 2022**

UNITED STATES DISTRICT JUDGE