HEATHER E. WILLIAMS, Bar #122664
Federal Defender
PEGGY SASSO, Bar #228906
First Assistant Defender
Branch Chief, Fresno Office
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 1:97-CR-05129-JLT |
|---|---|---|
| *Plaintiff,* | ) ) ) | **APPLICATION AND ORDER APPOINTING CJA PANEL COUNSEL** |
| vs. | ) ) | |
| LAWRENCE ROBINSON, | ) ) | |
| *Defendant.* | ) ) ) | |

Defendant, Lawrence Robinson, through the Federal Defender for the Eastern District of California, hereby requests appointment of counsel for assistance in seeking early termination of his supervised release.

On November 29, 2022, after serving 25 years in custody, this Court resentenced Mr. Robinson to time served, followed by 60 months of supervised release. On December 13, 2023, Mr. Robinson graduated from Reentry Court, thereby reducing his term of supervision to 48 months.

Mr. Robinson submits the attached Financial Affidavit as evidence of his inability to retain counsel at this time. After reviewing Mr. Robinson's Financial Affidavit, it is respectfully recommended that CJA Panel counsel be appointed.

DATED: October 30, 2024        */s/ Peggy Sasso*
                               PEGGY SASSO
                               First Assistant Defender


**O R D E R**

Having satisfied the Court that the defendant is financially unable to retain counsel at this time, the Court hereby appoints counsel pursuant to 18 U.S.C. § 3006A.

IT IS SO ORDERED.

Dated: **October 30, 2024**         /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE