HEATHER E. WILLIAMS, Bar #122664
Federal Defender
PEGGY SASSO, Bar #228906
First Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:97-cr-05129-TLN-3 |
| | ) | |
| *Plaintiff,* | ) | **APPLICATION AND ORDER APPOINTING** |
| | ) | **COUNSEL** |
| vs. | ) | |
| | ) | |
| LAWRENCE ROBINSON, | ) | |
| | ) | |
| *Defendant,* | ) | |
| | ) | |
| | ) | |

Defendant, Lawrence Robinson, through the Federal Defender for the Eastern District of California, hereby requests appointment of counsel for assistance in seeking early termination of his supervised release.

Mr. Robinson is currently serving a 60-month term of supervised release that began on November 29, 2022.  Mr. Robinson submits the attached Financial Affidavit as evidence of his inability to retain counsel at this time.

After reviewing his Financial Affidavit, it is respectfully recommended that counsel be appointed.

DATED: April 13, 2026                                        _____/s/ *Peggy Sasso*_____
PEGGY SASSO
First Assistant Federal Defender

**O R D E R**

Having satisfied the Court that the defendant is financially unable to retain counsel at this time, the Court hereby appoints counsel pursuant to 18 U.S.C. § 3006A.

IT IS SO ORDERED.

Dated:  __**April 14, 2026**__                          _____

STANLEY A. BOONE
United States Magistrate Judge